[No. 43504-7-II.   Division Two.   September 17, 2013.]

JOY E. FIX, *Appellant*, v. MICHAEL FIX ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-07487-6, John R. Hickman, J., entered April 27, 2012. *Reversed* and *remanded* by unpublished opinion per Worswick, C.J., concurred in by Penoyar and Johanson, JJ.

[No. 44005-9-II.   Division Two.   September 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH JAMES MARTIN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-1-00001-6, Anna M. Laurie, J., entered September 13, 2012. *Reversed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Penoyar, JJ.

[No. 30405-1-III.   Division Three.   September 17, 2013.]

JAMES HENRY ESKRIDGE II ET AL., *Respondents*, v. DARLENE A. TOWNSEND, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-2-02494-9, Kathleen M. O'Connor, J., entered October 21, 2011. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Brown, J.

[No. 30870-7-III.   Division Three.   September 17, 2013.]

THE STATE OF WASHINGTON, *Appellant*, v. KEITH W. ATTOCKNIE, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-03398-9, Maryann C. Moreno, J., entered April 27, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Kulik, J.